**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
ALEXANDER CALDERON, et al.,

                    Plaintiffs,                          **REPORT AND**
                                                         **RECOMMENDATION**

          - against -
                                                         CV 05-0994 (CBA) (JO)

ABBOTT LABORATORIES, et al.,

                    Defendants.
---------------------------------------------------------X

**JAMES ORENSTEIN, Magistrate Judge:**

          For the reasons stated on the record at today's hearing, I respectfully recommend that the

proposed Infant Compromise Order be approved.

          This Report and Recommendation will be filed electronically on the court's ECF system

and is deemed served on all parties as of the date of such filing.  Any objection to this Report and

Recommendation must be filed with the Clerk of the Court with a courtesy copy to the

undersigned within 10 days of service.  Failure to file objections within this period waives the

right to appeal the District Court's Order.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Beverly*

*v. Walker,* 118 F.3d 900, 902 (2d Cir. 1997); *Savoie v. Merchants Bank*, 84 F.3d 52, 60 (2d Cir.

1996).

          **SO ORDERED.**

Dated: Brooklyn, New York
          October 24, 2006

                                                         /s/ James Orenstein
                                                         JAMES ORENSTEIN
                                                         U.S. Magistrate Judge