**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   NOV 3 0 2006   ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

ALEXANDER CALDERON et al.,    |

        Plaintiffs,     |

    -against-       |

ABBOT LABORATORIES,    |

        Defendant.    |

-------------------------------------------------------X

AMON, UNITED STATES DISTRICT JUDGE

NOT FOR PUBLICATION
ORDER

05 CV 994 (CBA)

This Court has received the report and recommendation of the Honorable James Orenstein, United States Magistrate Judge, dated October 24, 2006, recommending that this Court approve the proposed Infant Compromise Order, as well as his report and recommendation, dated November 6, 2006, recommending that all filings showing the settlement amount in this matter be sealed. Because no party has objected to either report and recommendation, the Court hereby adopts both report and recommendation of October 24, 2006, and the report and recommendation of November 6, 2006, as the opinion of the Court. The Clerk of the Court is directed to enter judgment in accordance with this Order.

    SO ORDERED.

Dated:     Brooklyn, New York
        November _2/_, 2006

          /s/ Hon. Carol B. Amon
          Carol Bagley Amon
          United States District Judge